UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**IACULLO MARTINO, LLC**
**247 Franklin Avenue**
**Nutley, NJ 07110**
**(973) 235-1550**
**Attorneys for Defendant**

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 08-755 |
| Plaintiff, : | |
| : | Hon. Katharine S. Hayden, U.S.D.J. |
| : | |
| JESSE BARRON : | |
| Defendant. : | ORDER |
| : | |

TO:

Honorable Katharine S. Hayden, U.S.D.J.
United States Post Office and Courthouse
P.O. Box 999
Newark, New Jersey 07101

Assistant United States Attorney
Robert L. Frazer
970 Broad Street
Newark, New Jersey 07102

**THIS MATTER**, having been opened to the Court by Iacullo Martino, LLC, Attorney for Defendant, Jesse Barron, on an application to remove an encumbrance on Darrell Barron who posted an unsecured bond for, Defendant Jesse Barron.

IT IS on this 26th day of March, 2009,

ORDERED that the unsecured bond be removed for the purposes of the refinancing of Darrell Barron's home located at 1061 Grove Street, Irvington, New Jersey; and it is further

ORDERED that the unsecured bond again be posted 30 days after the refinancing of Darrell Barron's property which will take place on Monday, March 30, 2009; and it is further

ORDERED that all other conditions of release remain in full force and effect; and it is further;

ORDERED that a copy of this Order be served upon all parties within 2 days of the date hereof.

_____
Hon. Katharine S. Hayden, U.S.D.J.

I hereby consent to the form and entry of this Order.

/S/ Anthony J Iacullo, Esq.

_____               _____

A.U.S.A. Robert L. Frazer,                    Anthony J. Iacullo, Esq.
Attorney for the United States of America     Attorney for Defendant Jesse Barron