PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jesse Barron             **Docket Number:** 08-755-001
                                                                                         **PACTS Number:** 53073

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                                               SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/08/2009

**Original Offense:** Counts 1, 2 and 3: TAX EVASION, in violation of 26 U.S.C. 7201; Count 4: MONEY LAUNDERING in violation of 18 U.S.C. 1957(a)

**Original Sentence:** Time served; 3 years supervised release; $400 special assessment.

**Special Conditions:** Financial disclosure, Cooperate with the Internal Revenue Service, No new credit/debt and DNA collection.

**Type of Supervision:** supervised release             **Date Supervision Commenced:** 05/08/09

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'COOPERATION WITH THE INTERNAL REVENUE SERVICE** <br><br> **You are to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns within six months of the sentence date and to timely file all future returns that come due during the period of supervision. You are to properly report all correct taxable income and claim only allowable expenses on those returns. You are to provide all appropriate documentation in support of said returns. Upon request, you are to furnish the Internal Revenue Service with information pertaining to** |

**all assets and liabilities, and you are to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with the tax laws of the United States.'**

According to a memorandum from the Internal Revenue Service dated December 19, 2011, the offender has failed to meet this IRS condition. Presently, the IRS has no record of tax filings for tax years, 2005, 2006, 2007 and 2008.

He continues to have an outstanding debt for tax years 2002, 2003, 2004, 2007 and 2009 and presently owes $244,424.66. Mr. Barron has made only one payment of $100 toward this liability since sentencing. On October 26, 2009, the Revenue Office made contact with Mr. Barron. A deadline for filing delinquent return was set for November 17, 2009. Mr. Barron failed to meet that deadline. Subsequently, Mr. Barron filed the delinquent returns on March 13, 2010.

Mr. Barron failed to file for tax year 2010. He was granted an extension to file by October 15, 2011.

Mr. Barron failed to meet the IRS condition requiring the filing of all delinquent returns within 6 months of sentencing. He also failed to meet the IRS related condition requiring payment of all tax, penalty and interest. He has also failed to meet the court ordered conditions regarding cooperating with the IRS in providing income and asset information to aid in collection.

2   The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

On July 8, 2011, the offender received a traffic citation for use of a cell phone while driving. Mr. Barron did not notify the probation office until July 28, 2011, during a routine home visit.

On August 23, 2009, the offender received a traffic citation for failing to possess driving registration. The offender failed to notify the probation office of this contact with law enforcement.

3   The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

The offender failed to submit timely Monthly Supervision Reports for January and February 2010 and July 2011. In addition, he failed to submit reports for March 2011, April 2001 through July 2011 and September 2011.

PROB 12C - Page 3
Jesse Barron

I declare under penalty of perjury that the foregoing is true and correct.

By: Evan M. Dorfman

*[signature]*

U.S. Probation Officer
Date: 3/2/12

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.   Date of Hearing: 4/9/12 @ 10:00 a.m.
[ ] No Action
[ ] Other

*[signature]*

Signature of Judicial Officer

3/12/12
Date